# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KENNETH P. BENNETT & MARY C. BENNETT  Case Number: 06-72393
1305 - 7TH AVENUE      SSN-xxx-xx-2313 & xxx-xx-6515
STERLING, IL  61081

Case filed on: 12/15/2006
Plan Confirmed on: 6/29/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $7,443.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JAMES A YOUNG | 2,500.00 | 2,500.00 | 1,682.52 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 1,682.52 | 0.00 |
| 023 | DHCU COMMUNITY CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 441.97 | 441.97 | 0.00 | 0.00 |
|  | Total Priority | 441.97 | 441.97 | 0.00 | 0.00 |
| 999 | KENNETH P. BENNETT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | LITTON LOAN SERVICING LP | 6,055.74 | 0.00 | 0.00 | 0.00 |
| 002 | THE NATIONAL BANK | 17,546.92 | 17,546.00 | 2,419.23 | 1,117.92 |
| 003 | THE NATIONAL BANK | 6,190.76 | 6,190.00 | 1,249.92 | 507.95 |
|  | Total Secured | 29,793.42 | 23,736.00 | 3,669.15 | 1,625.87 |
| 002 | THE NATIONAL BANK | 0.00 | 0.66 | 0.00 | 0.00 |
| 003 | THE NATIONAL BANK | 0.00 | 0.55 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 12.91 | 9.30 | 0.00 | 0.00 |
| 005 | AFFINITY CASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 2,625.84 | 1,890.60 | 0.00 | 0.00 |
| 008 | COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMED CO | 708.90 | 510.41 | 0.00 | 0.00 |
| 010 | ILLINOIS AMERICAN WATER | 240.91 | 173.46 | 0.00 | 0.00 |
| 011 | INSIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DHCU COMMUNITY CREDIT UNION | 8,396.65 | 6,045.59 | 0.00 | 0.00 |
| 013 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RRCA ACCOUNTS MANAGEMENT INC | 668.37 | 481.23 | 0.00 | 0.00 |
| 016 | RRCA ACCT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | RRCA ACCT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | RRCA ACCT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | RRCA ACCT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SAUK VALLEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SECURITY FINANCE | 405.00 | 291.60 | 0.00 | 0.00 |
| 022 | COTTONWOOD FINANCIAL | 957.86 | 689.66 | 0.00 | 0.00 |
| 024 | PORTFOLIO RECOVERY ASSOCIATES | 626.34 | 450.96 | 0.00 | 0.00 |
|  | Total Unsecured | 14,642.78 | 10,544.02 | 0.00 | 0.00 |
|  | Grand Total: | 47,378.17 | 37,221.99 | 5,351.67 | 1,625.87 |

Total Paid Claimant: $6,977.54
Trustee Allowance: $465.46
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/25/2008                By  /s/Heather M. Fagan